yw

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**VENESSA CAINION, natural mother of DEMARQUIS A. CAINION, and WINNIE HANFORD as the administrator of the estate of DeMarquis A. Cainion,**

Plaintiffs,

v.

**VALDOSTA STATE PRISON, *et al.*,**

Defendants.

Civil Action No. 7:15-CV-174 (HL)

**ORDER**

On April 28, 2017, the Court entered an Order (Doc. 28) instructing Plaintiffs to show cause by May 29, 2017, why Defendants Warden Cedric Taylor, Director Thomas E. Sittnick, Deputy Warden Ted Philbin, Sergeant Schnake, Sergeant Miles, and Sergeant Melton should not be dismissed from this case for lack of timely service. Having no further communication from Plaintiffs, these Defendants are hereby dismissed.

**SO ORDERED** this 2nd day of June, 2017.

***s/ Hugh Lawson***
**HUGH LAWSON, SENIOR JUDGE**

aks